**CORNELIUS ALBERT**
**1517 17th Street, Apt. 5**
**Santa Monica, California  90404**
**E-mail:** *bertolegal@gmail.com*

Mr. Cornelius A. Albert
In pro se

FILED
CLERK, U.S. DISTRICT COURT

MAY - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATE DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CR 11-01150-PA-1 |
| ) | |
| ) | **MOTION FOR RECONSIDERATION** |
| ) | **OF: DEFENDANT'S APPLICATION** |
| Plaintiff, ) | **FOR EARLY TERMINATION OF** |
| ) | **SUPERVISED RELEASE** |
| vs. ) | |
| ) | |
| CORNELIUS A. ALBERT, ) | |
| ) | |
| Defendant. ) | |

Defendant Mr. Cornelius A. Albert (hereinafter "Albert"), acting in pro se, moves the court for early termination of the three (3) year Supervised Release imposed by this Court.

## A.    PREFACE:

1. Defendant Albert was convicted for 18 U.S.C. 1029(a)(1) and (b)(2) sentenced to a prison term of 162 months and three years supervised release in the United States District Court for the Eastern District of Pennsylvania

on November 12, 1998.

**B.    JURISDICTION:**

2. Jurisdiction is given to this Court through the statute 18 U.S.C. Section 3583(e)(1), which holds in pertinent part:

> The Court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7),
>
> (1)   terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release..., if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice;...

**C.    STATEMENT OF THE FACTS IN SUPPORT OF**

**RECONSIDERATION FOR  EARY TERMINATION:**

3. Defendant Albert has conferred with his assigned U.S. Probation Officer, Ms. Tanisha McNeal, whom informs Defendant Albert that she, USPO McNeal, also conferred with her supervisor regarding Defendant Albert's early termination. Resulting in the joint conclusion that if asked by the Court, the United States Probation Office poses absolutely no objection to Mr. Albert's early termination. USPO McNeal stated that she found that Mr. Albert was in complete compliance with all his requirements as defined in his supervised release conditions. Mr. Albert has drug-tested negative since his release from custody. He has maintained consistent timely monthly

restitution payments and has retained the same source of employment since his release from custody.

## D.   MITIGATING INFORMATION:

4. Mr. Albert has an employment offer bearing an increased economical advantage for him, to work in the real estate development industry but it would call for Mr. Albert to be in and out of State on a consistent basis. This offer is current but will not be extended to Mr. Albert's November 2012 termination date.

## E. CONCLUSION:

Wherefore, in light of aforementioned reasons, the defendant prays that this Honorable Court Grant this Motion for Reconsideration Of: Defendant's Application For Early Termination of Supervised Release, thereby allowing Defendant Albert to have the opportunity to increase economical well being.

Dated: May 1, 2012                    Respectfully submitted,

*Cornelius A. Albert*

Cornelius A. Albert, pro se

MOTION FOR RECONSIDERATION OF: DEFENDANT'S APPLICATION FOR EARLY TERMINATION OF SUPERVISED RELEASE

3

## CERTIFICATE OF SERVICE

I, Cornelius Albert, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my address is: 2633 Lincoln Blvd., Suite 818, Santa Monica, CA  90405

On May 1, 2012, I served the following documents on the parties listed below:

**MOTION FOR RECONSIDERATION OF: DEFENDANT'S APPLICATION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

■ **by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.**

by placing the document(s) listed above in a sealed Overnite Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an Overnight Express agent for delivery.

PARTIES:

| | |
|---|---|
| Ms. Tanisha McNeal | AUSA - Office of the U.S. Attorney |
| United States Probation Officer | Criminal Division – U.S. Courthouse |
| 111 N. La Brea, Room 209 | 312 N. Spring Street, 12th Floor |
| Inglewood, California  90301 | Los Angeles, California  90012 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed May 1, 2012, at Santa Monica, California  90405.

_Cornelius A. Albert_
Cornelius A. Albert



RECEIVED
CLERK, U.S. DISTRICT COURT

MAY - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY





**FROM:**

CORNELIUS ALBERT
1517 17ᵗʰ Street, Apt. 5
Santa Monica, California  90404

**TO:**

CLERK OF COURT
United States District Court
Western Division
255 E. Temple St., Rm 178
Los Angeles, CA 90012

UNITED STATES
POSTAL SERVICE

1000          90012

U.S. POSTAGE
SANTA MONICA, CA
90401
MAY 02 12
AMOUNT
$1.30
0005312150