SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 11-1150 PA | Date | July 10, 2012 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

Interpreter   None

| Paul Songco | Not Reported | Lane Dilg |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|

Cornelius A. Albert, Pro Se

**Proceedings:**   REVOCATION OF SUPERVISED RELEASE

   The Court has before it the Defendant Cornelius A. Albert's Motion for Reconsideration of Defendant's Application for Early Termination of Supervised Release [Docket No. 7]. No good cause having been shown, the Defendant's motion is denied.

                                                             : 
                                    Initials of Deputy Clerk

cc: